IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE MILNE,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALITY LOAN SERVICE CORPORATION and EMC MORTGAGE CORPORATION,<br><br>    Defendants.                      / | No. C 09-00880 CRB<br><br>**ORDER** |

    Plaintiff Catherine Milne filed a complaint alleging fraudulent misrepresentation, fraudulent inducement, unfair debt collection practices, predatory lending practices and various other claims. Defendant EMC Mortgage filed a Motion to Dismiss, which is noticed for hearing on April 17, 2009. Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by March 27, 2009. Plaintiff has not filed an opposition. The Court has learned that Plaintiff's counsel, Mitchell W. Roth, was declared a vexatious litigant in the Central District of California and the State Bar has recently shut down his law offices. The Court has attempted to contact Plaintiff's counsel, to no avail.

    In the Motion to Dismiss, Defendant challenges each of Plaintiff's claims. Having reviewed the moving papers and the record, the Court concludes Defendant's motion should be granted. The Court will dismiss this case unless, by May 8, 2009, Plaintiff appears *pro se*

1  or has a new lawyer file a notice of appearance, and files a declaration to show cause why the
2  case should not be dismissed.
3       The hearing on the Motion to Dismiss scheduled for Friday, April 17, 2009 is hereby
4  VACATED.
5       The existing attorneys must serve copies of this order on the named Plaintiff within
6  THREE DAYS of the date of this order.  Service by first class mail will be sufficient.
7       **IT IS SO ORDERED.**

10  Dated: April 7, 2009                                      CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California