IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE MILNE, | No. C 09-00880 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| QUALITY LOAN SERVICE, | |
| Defendant. | |

This is a mortgage foreclosure case. Plaintiff brought suit against two defendants in state court: Quality Loan Service Corporation and EMC Mortgage Corporation. EMC removed the case to this Court and Quality Loan filed a joinder. EMC then filed a motion to dismiss. Plaintiff never filed an opposition. The Court entered an Order to Show Cause, to which Plaintiff offered no response. Accordingly, the claims against EMC were dismissed on May 11, 2009.

///
///
///
///
///

That leaves Quality Loan, who was not party to EMC's motion to dismiss. Since the Court filed the dismissal order, it has not heard from Milne or Quality Loan. The Court held a Case Management Conference on Friday, June 26. No parties made an appearance. The Court's attempts to contact Plaintiff's counsel have been futile. Accordingly, the matter is hereby DISMISSED for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 26, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE